No. 57. JOHN JENKINS, APPELLANT, *v.* MAXWELL LAND GRANT COMPANY. Appeal from the Supreme Court of the Territory of New Mexico. Argued for the appellant and submitted for the appellee November 5, 1914. Decided November 9, 1914. *Per Curiam.* Judgment affirmed with costs upon the authority of *Gildersleeve v. New Mexico Mining Co.*, 161 U. S. 573; *Harrison v. Perea*, 168 U. S. 311, 323; *Wm. W. Bierce, Ltd., v. Hutchins*, 205 U. S. 340, 344, and cause remanded to the Supreme Court of the State of New Mexico. *Mr. F. T. Cheetham* for the appellant. *Mr. Chas. A. Spiess* for the appellee.

---

No. 105. OSWALD WEST, AS GOVERNOR, ET AL., PLAINTIFFS IN ERROR, *v.* CORVALLIS & EASTERN RAILROAD COMPANY. In error to the Supreme Court of the State of Oregon. Motion to dismiss or affirm submitted November 9, 1914. Decided November 16, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Preston v. Chicago*, 226 U. S. 447, 450; *McDonald v. Oregon Navigation Co.*, 233 U. S. 665; *People ex rel. Hastings v. Jackson*, 112 U. S. 233, 236; (2) *Marshall, Governor, v. Dye*, 231 U. S. 250. *Mr. A. M. Crawford* for the plaintiffs in error. *Mr. Joseph Paxton Blair* and *Mr. Wm. D. Fenton* for the defendant in error.